IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THERESA A. SPANGLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:14-cv-00776-SRB |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## O R D E R

On July 30, 2015, the Court heard oral arguments on *Plaintiff's Social Security Brief,* filed March 5, 2015, [Doc. #13]; *Defendant's Social Security Reply Brief,* filed June 17, 2015, [Doc. #18]; and *Plaintiff's Reply Brief,* filed July 13, 2015, [Doc. #19]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


Dated: July 31, 2015 /s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE